# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 20bk01251 |
| ) | |
| **Daniel Valdez,** ) | Chapter 13 |
| ) | |
| Debtor. ) | Honorable LaShonda A. Hunt |
| ) | |

## ORDER SETTING EVIDENTIARY HEARING

This cause coming before the Court on Debtor's Motion for Sanctions (Dkt. 21), due notice having been given, and the Court being fully informed in the premises, and the creditor Duke & Duke Management LLC d/b/a Trust Lending having failed to appear, the Court hereby finds that Trust Lending has willfully violated the automatic stay found in 11 U.S.C. § 362, and therefore,

**IT IS HEREBY ORDERED THAT**:

1. This matter is continued for a prove-up hearing on damages and attorney fees via the procedures established in General Order 20-03, found at www.ilnb.uscourts.gov, on **May 22, 2020, at 10:30a.m.**

2. Counsel for all parties are to file on the docket a list of any witnesses and copies of any affidavits or exhibits they plan to offer in support of damages and fees on or before **May 20, 2020**.

Dated: April 17, 2020

LaShonda A. Hunt
United States Bankruptcy Judge