UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-01251 |
| | ) | |
| Daniel Valdez, | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | Honorable LaShonda Hunt |

### AMENDED ORDER IMPOSING SANCTIONS AGAINST DUKE & DUKE MANAGEMENT LLC D/B/A TRUST LENDING FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY

This cause coming before the Court on an evidentiary hearing on May 22, 2020, on the amount of sanctions to be assessed against creditor Duke & Duke Management LLC d/b/a Trust Lending LLC ("Trust Lending") for its willful violation of the automatic stay, due notice having been given and the creditor not appearing, the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED THAT for the reasons stated on the record:

1. Debtor Daniel Valdez' request for sanctions against Trust Lending under 11 U.S.C. § 362(k) is GRANTED as set forth herein.

2. Trust Lending shall pay Debtor $249.18 via cashier's check or money order payable to Daniel Valdez as compensatory damages for its unjustified refusal to refund Debtor for post-petition bank account withdrawals made on account of pre-petition debt, after receiving notice of his bankruptcy filing and refusing to cease collections. See Thompson v. GMAC, 566 F.3d 699, 702 (7th Cir. 2009).

3. Trust Lending shall pay Debtor's counsel $2,803.30 via cashier's check or money order payable to "Joseph S. Davidson, The Sulaiman Law Group, Ltd." as reasonable attorneys' fees and costs for the filing and prosecution of Debtor's Motion for Sanctions.

4. All payments shall be remitted to Debtor and his counsel by June 30, 2020.

5. This matter is continued to July 10, 2020, at 10:30 a.m. for a telephonic status on compliance.

Dated: May 27, 2020

Enter:

_LaShonda A. Hunt_
Honorable LaShonda A. Hunt
United States Bankruptcy Judge