# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Daniel Valdez | ) | Case no. 20-01251 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Lashonda A. Hunt |
| | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Daniel Valdez  
302 Wentworth Dr #2  
Sandwich, IL  60548

Christina Banyon  
60 N Chicago St  
Joliet, IL 60432

Please take notice that on Friday, October 7, 2022 at 10:00 am, a representative of this office shall appear before the Honorable Judge Lashonda A. Hunt, or any judge sitting in that judge's place, and present the Trustee's motion a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**.  No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **161 165 5696** and the passcode is **7490911.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, September 1, 2022

Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL 60532-4350  
Ph: (630) 981-3888

/s/ Carrie ODonnell  
For: Glenn Stearns, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Daniel Valdez | ) | Case no. 20-01251 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Lashonda A. Hunt |
| | ) | |

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on January 16, 2020.
2. The debtor's plan was confirmed on April 03, 2020.

A Summary of the debtor's plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $797.00 | Last Payment Received: | August 01, 2022 |
| Amount Paid: | $20,500.00 | Amount Delinquent: | $2,237.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/  Gerald Mylander
For:  Glenn Stearns, Trustee